**Clarence BELLOMY, Appellant,**

v.

**UNION CONCRETE PIPE CO., a
Corporation, Appellee.**

**Luster BOWEN, Appellant,**

v.

**UNION CONCRETE PIPE CO., a
Corporation, Appellee.**

Nos. 13512, 13564.

United States Court of Appeals,
Fourth Circuit.

Argued Feb. 5, 1970.

Decided March 9, 1970.

Harry Alan Sherman, Pittsburgh, Pa., for appellants.

Lawrence L. Pauley, Huntington, W. Va., (Chad W. Ketchum, Huntington, W. Va., on the brief), for appellee.

Before HAYNSWORTH, Chief Judge, and BRYAN and CRAVEN, Circuit Judges.

PER CURIAM:

For the reasons stated by the District Judge, the judgments will be affirmed, 297 F.Supp. 261.